**Order entered November 20, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01423-CV

### IN RE CALIBER HOME LOANS, INC., Relator

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-08719**

## ORDER
Before Justices Myers, Molberg, and Nowell

Relator has filed a petition for writ of mandamus challenging the trial court's October 31, 2019 order compelling it to participate in non-binding arbitration. *See* TEX. R. APP. P. 52.1. After signing the order, respondent judge, the Honorable David Evans, ceased to hold office as the presiding judge of the 95th Judicial District Court of Dallas County. Under rule 7.2 of the appellate rules, when a judge ceases to hold office and the case is an original proceeding under rule 52, we must abate the proceeding to allow the successor judge to reconsider the original judge's decision. TEX. R. APP. P. 7.2(b); *see also In re Gonzales*, 391 S.W.3d 251, 252 (Tex. App.—Austin 2012, orig. proceeding).

Accordingly, we **STAY** the trial court's October 31, 2019 order until further order of this Court. We **ABATE** this mandamus petition and instruct the successor judge to reconsider the October 31, 2019 order and send to this Court within forty-five (45) days after appointment, his

or her written ruling on the applicable motions. *See* TEX. R. APP. P. 52.10(b) (appellate court may grant any just temporary relief pending its action on mandamus petition).

/s/     ERIN NOWELL
          JUSTICE